JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HAK KIM, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE AIR FSE LLC, a California corporation; BLUE AIR COMMERCIAL REFRIGERATION, INC., a California corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-1142-DSF-JC<br><br>**ORDER OF DISMISSAL ON STIPULATION OF PARTIES [FRCP 41(A)]**<br><br>Judge: Hon. Dale S. Fischer |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to **vacate all dates and deadlines**, and to close the file.

　　　IT IS SO ORDERED.

DATED: March 20, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE